IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00161-PAB-2

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2.     IRVIN GARCIA PEREZ,
        a/k/a Chris Perez,
        a/k/a "Gotti",

        Defendant.

---

ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown,

**IT IS HEREBY ORDERED**, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce IRVIN GARCIA PEREZ, YOB 1990, before United States Magistrate Court, as soon as practicable, for proceedings and the initial appearance and detention hearing upon the charge set forth in the indictment and to hold him at all times in his custody as an agent of the United States of America only until conclusion of the detention hearing of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.

Dated this 22d day of October, 2009.

**BY THE COURT:**

_Kathleen M. Tafoya_
Kathleen M. Tafoya
United States Magistrate Judge