IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 09-cr-00161-PAB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  IRVIN GARCIA PEREZ,

    Defendant.
_____

**ORDER PERMITTING DISCLOSURE OF GRAND JURY MATERIAL**
_____

This matter comes before the Court on defendant Perez's Motion for Disclosure of Grand Jury Material With a Protective Order [Docket No. 61] pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i).  The government does not oppose granting the motion.  The motion establishes appropriate grounds for disclosure to the defendant.  This Order permits pretrial disclosure and usage of pertinent portions of the grand jury transcripts and other exhibits which would be disclosed pursuant to 18 U.S.C. § 3500 or Federal Rules of Criminal Procedure 26.2 and 16.  It is therefore

ORDERED that the Motion for Disclosure of Grand Jury Material With a Protective Order [Docket No. 61] is granted.  It is further

ORDERED that the government may disclose to defendant Perez and his defense counsel transcripts of witnesses' testimony and exhibits before the grand jury in the above captioned case.  It is further

ORDERED that the grand jury material so disclosed is to be used for the purposes of the above captioned case, to include any appeals taken, and for no other purpose unless authorized by further order of Court.  It is further

ORDERED that: (1) copies of grand jury transcripts or other material provided to the defense counsel of record shall remain in the personal control of counsel, his employees, and/or his professional associates; (2) the defendant may review the grand jury transcripts or material, but control of such materials shall remain with counsel, his employees, and/or his professional associates; (3) although counsel may make copies of such grand jury materials for his internal purposes related to this case, no publication (to include filing grand jury transcripts as an attachment to any pleading) or other copying of such grand jury transcripts or material shall be made without permission of the Court; and (4) any grand jury transcripts or material disclosed by the government to counsel pursuant to this Order, including copies generated from electronic media, shall be maintained in the confidential files of the attorneys of record during the pendency of this case and delivered to the government after the conclusion of the case.  It is further

ORDERED that the government is directed to enclose a copy of this Order with any grand jury material disclosed pursuant to this Order.

DATED December 15, 2009.

                                                     BY THE COURT:

                                                   s/Philip A. Brimmer
                                                   PHILIP A. BRIMMER
                                                   United States District Judge