IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00161-PAB-02

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2. IRVIN GARCIA PEREZ,

       Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce IRVIN GARCIA PEREZ, Y.O.B. 1990, before United States District Court Judge Philip A. Brimmer, as soon as practicable, for a Trial Preparation Conference on December 30, 2009 upon the charge set forth in the Indictment and to hold him at all times in his custody as an agent of the United States of America **only until conclusion of the Trial Preparation Conference scheduled for December 30, 2009 at 1:30 p.m. of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.**

SO ORDERED this _21st_ day of _December_, 2009.

_____
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO