IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00161-PAB-02

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2. IRVIN GARCIA PEREZ,

        Defendant.

---

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce IRVIN GARCIA PEREZ, Y.O.B. 1990, before United States District Court Judge Philip A. Brimmer, for a Change of Plea hearing on January 8, 2010 upon the charge set forth in the Indictment and to hold him at all times in his custody as an agent of the United States of America **only until conclusion of the Change of Plea hearing scheduled for January 8, 2010 at 10:00 a.m. of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.**

SO ORDERED this 29th day of December, 2009.

                                          _____
                                          UNITED STATES MAGISTRATE JUDGE
                                          UNITED STATES DISTRICT COURT
                                          DISTRICT OF COLORADO